UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>                      Plaintiff,<br><br>                      v.<br><br>FISH & RICHARDSON P.C.,<br><br>                      Defendant. | No. 25-mc-187 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       The Court has received Plaintiff's motion to compel compliance with a subpoena issued in a suit pending in the Eastern District of New York. In light of the Eastern District's familiarity with the underlying action, no later than May 5, 2025, the parties shall submit a joint letter indicating whether they consent to the transfer of this action to that district pursuant to 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented."). The parties may then seek to consolidate this motion with the underlying action as may be appropriate under the Eastern District's rules.

SO ORDERED.

Dated:     April 30, 2025
              New York, New York

                                                                                       Ronnie Abrams
                                                                                      United States District Judge