UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNEAL PHARMACEUTICALS OF NEW YORK, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>FISH & RICHARDSON P.C.,<br><br>       Defendant. | No. 25-mc-187 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The parties have consented to the transfer of this action to the United States District Court for the Eastern District of New York. *See* ECF No. 9. Accordingly, the Clerk of Court is respectfully directed to transfer this case forthwith pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated:  May 5, 2025
      New York, New York

                        _____
                          Ronnie Abrams
                          United States District Judge